**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LAURENCE GOTTESMAN,                    :
                 Plaintiff,         :
                               :
            v.                 :      Civil No. 5:23-cv-03435-JLS
                               :
WARDEN DAVID PENCHISHEN, *et al.*,   :
               Defendants.       :

**ORDER**

**AND NOW**, this 18th day of June, 2026, upon consideration of the Motion for Summary

Judgment filed by Defendants, County of Northampton, Warden David Penchishen, and Director

of Corrections James Kostura, and all related filings in support and in opposition thereto, **IT IS**

**HEREBY ORDERED** as follows:

1.  Defendants' Motion for Summary Judgment (ECF No. 48) is **GRANTED**.

2.  The Clerk of Court is directed to **CLOSE** this case.

                            **BY THE COURT:**

                            */s/ Jeffrey L. Schmehl*
                            **Jeffrey L. Schmehl, J.**